# In The United States Court of Federal Claims

## Cover Sheet

06-912 L

Plaintiff(s) or Petitioner(s)
Confederated Tribes of the Goshute Reservation 195 Tribal Center Road, Ibatah, Utah 84034

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Brian J. Leinbach, Esq.
Firm Name: Engstrom, Lipscomb & Lack
Post Office Box:
Street Address: 10100 Santa Monica Blvd., 16th Floor
City-State-Zip: Los Angeles, CA 90067
Telephone & Facsimile Numbers: Tel: (310) 552-3800 & Fax: (310) 552-9434

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 0 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O I
See attached sheet for three-digit codes.

Amount Claimed: $ An amount in excess of $1,000,000.00
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ n/a
Is plaintiff a small business? ☐ Yes ■ No

Vaccine Case:
Date of Vaccination: n/a

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.