)